| | |
|---|---|
| 1 | PAUL J. ANDRE, Bar No. 196585 (Pandre@perkinscoie.com) |
| 2 | LISA KOBIALKA, Bar No. 191404 (Lkobialka@perkinscoie.com) |
| 3 | RADHIKA TANDON, Bar No. 209126 (Rtandon@perkinscoie.com) |
| 4 | SHREYA RAMCHANDANI, Bar No. 232041 (Sramchandani@perkinscoie.com) |
| 5 | PERKINS COIE LLP 101 Jefferson Drive |
| 6 | Menlo Park, CA 94025-1114 Telephone: (650) 838-4300 |
| 7 | Facsimile: (650) 838-4350 |
| 8 | Attorneys for Plaintiff RITA MEDICAL SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RITA MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MEDSPHERE INTERNATIONAL, Inc., a California corporation,<br><br>Defendant. | CASE NO. C 05-04278 JSW<br><br>**NOTICE OF DISMISSAL BY STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Rita Medical Systems, Inc., and Defendant MedSphere International, Inc., have agreed to a settlement, and hereby stipulate to dismiss the above-captioned action. The parties further stipulate that the Court has jurisdiction over both parties, and that the Court has subject matter jurisdiction in regard to the above captioned action. The parties further stipulate that this dismissal releases all patent infringement claims against only the specified number of the particular MedSphere products manufactured by MedSphere prior to the date of this dismissal, and as identified in the parties' confidential Settlement Agreement. The parties further stipulate that the dismissal in no way releases MedSphere from any alleged infringement of the patents-in-suit not specifically released

in the parties' confidential Settlement Agreement. The parties further stipulate that the Court shall retain jurisdiction to enforce the confidential Settlement Agreement between the parties following the Effective Date of the Settlement Agreement. The parties respectfully request the Court to grant their [Proposed] Order Dismissing Action with Prejudice.

DATED: 9/5/2006     **PERKINS COIE LLP**

By   /s/ Paul J. Andre
Paul J. Andre
Lisa Kobialka
Radhika Tandon
Shreya Ramchandani
Attorneys for Plaintiff
RITA MEDICAL SYSTEMS, INC.

DATED: August 25, 2006     **MACPHERSON KWOK CHEN & HEID LLP**

By   /s/ Steven M. Levitan
Steven M. Levitan
Hugh H. Matsubayashi
Attorneys for Defendant
MEDSPHERE INTERNATIONAL, INC.

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**

The case set forth above, having been noticed for dismissal by stipulation of both parties, is hereby dismissed with prejudice.

DATED: September 6, 2006

*Jeffrey S White*
Honorable JEFFREY S. WHITE
United States District Court Judge